IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. ) Criminal No. 21-30E<br>)<br>SEAN HVIZDZAK ) | |

### MEMORANDUM ORDER

Defendant Sean Hvizdzak and his co-defendant, Shane Hvizdzak, are charged in a 65-count Indictment with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; and money laundering, in violation of 18 U.S.C. §§ 1957 and 2. (Docket No. 1). Specifically, Sean Hvizdzak is charged with one count of conspiracy to commit wire fraud (Count 1), twenty-six counts of wire fraud (Counts 5-7, 9-12, 22, 23, 25-32, 38 and 41-48), and four counts of money laundering (Counts 54, 55, 58 and 59). (*See id.*). Jury selection and trial are scheduled to commence on October 20, 2025. (Docket No. 173).

Presently before the Court is Defendant Sean Hvizdzak's Motion in Limine to Exclude Exhibit G430, which is opposed by the Government. (Docket Nos. 196, 211). After considering the parties' respective positions, Defendant's Motion will be denied.

Defendant moves to exclude from trial Government Exhibit G430, which is a letter dated June 19, 2020, from Richey May & Co. "resign[ing] from all 2020 audit and tax [and] 2019 tax engagements with the High Street Capital Partners family of entities." (Docket No. 196-1). Defendant argues that Exhibit G430 should be excluded as irrelevant and prejudicial because it is dated two days after the FBI search at Shane Hvizdzak's residence and after the asset freeze in the civil action prosecuted by the Securities and Exchange Commission ("SEC") became public. (Docket No. 196 at 1). According to Defendant, Richey May's decision to terminate its professional relationship with the High Street entities, which occurred after the FBI search and the

1

asset freeze in the SEC case, is not relevant to proving the charges alleged in the Indictment. (*Id.* at 2). Defendant also contends that Exhibit G430 is prejudicial because the jury likely would treat the letter as an indication of guilt, which is not the case. (*Id.*).

The Court's previous ruling on Defendant's Omnibus Motion in Limine addressing evidence, testimony, and arguments concerning any event that post-date the asset freeze and FBI search on June 17, 2020, (*see* Docket No. 215 at 5-6) is equally applicable here and compels the same conclusion – that such evidence, including Exhibit G430, should not be excluded at trial.

As the Government states in its Response, the letter indicates that Richey May did not perform audit services for High Street Capital in 2019. (Docket No. 211 at 3). The Government represents that evidence at trial will establish that Shane Hvizdzak provided a fake 2019 audit on Richey May letter head to High Street Capital Fund investors and prospective investors. (*Id.*). Therefore, the Government submits that the Richey May letter serves as evidence tending to show that Richey May did not provide an audit for the High Street Capital Fund in 2019. (*Id.*). Based upon the Government's representations, the Court agrees that Exhibit G430 is relevant to establishing the charges alleged in the Indictment.

Furthermore, in the Court's estimation, admission of Exhibit G430 will not unfairly prejudice Defendant. The letter does not reference the SEC case or the FBI's search of Shane Hvizdzak's residence.[1] Rather, it is a straightforward resignation letter terminating a professional relationship and requesting payment for services rendered to that point.

---

[1] The letter states that Richey May incurred "legal expense for inquiry from governmental agencies" in a certain referenced amount, (*see* Docket No. 196-1), but it does not provide any additional detail. The Court does not view this non-specific statement as unfairly prejudicial.

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 26th day of September, 2025, IT IS HEREBY ORDERED that Defendant Sean Hvizdzak's Motion in Limine to Exclude Exhibit G430, (Docket No. 196), is DENIED.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record